UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH
HRBEK, JOHN GOETZ & CHARLES GLASS,

                       Plaintiffs,           22-Civ.6913 (JGK)

vs.

                                            **AMENDED NOTICE OF APPEAL**

CENTRAL INTELLIGENCE AGENCY, MICHAEL R.
POMPEO, DAVID MORALES GUILLEN
and UNDERCOVER GLOBAL S.L.,

                       Defendants
-----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the plaintiffs listed above hereby appeal to the United States Court of Appeals for the Second Circuit from the orders and judgment of the United States District Court for the Southern District of New York (Koeltl, J.) dated December 19, 2023, February 15, 2025 and March 26, 2025 dismissing all claims against all defendants.

Dated: April 16, 2025

                                                     By:    s/ Richard A. Roth
                                                           Richard A. Roth
                                                     295 Madison Avenue, 22nd Floor
                                                     New York, New York 10017
                                                     Tel: (212) 542-8882

                                                     *Attorneys for Plaintiffs*

TO: United States Attorney
      Southern District of New York (via ECF)

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22–cv–06913–JGK

| | |
|---|---|
| Kunstler et al v. Central Intelligence Agency et al<br>Assigned to: Judge John G. Koeltl<br>Cause: 28:1331vc Fed. Question: Violation of Constitutional Rights | Date Filed: 08/15/2022<br>Date Terminated: 03/26/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Margaret Ratner Kunstler**　　　represented by　**Richard Alan Roth**
The Roth Law Firm, PLLC
295 Madison Avenue
22nd Floor
New York, NY 10017
(212) 542–8882
Fax: (212) 542–8883
Email: rich@rrothlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Seth Levenson**
The Roth Law Firm, PLLC
295 Madison Avenue
22nd Floor
New York, NY 10017
212–542–8882
Email: brian@rrothlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Hrbek**　　　represented by　**Richard Alan Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Seth Levenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Goetz**　　　represented by　**Richard Alan Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Seth Levenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Glass**　　　represented by　**Richard Alan Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Seth Levenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Intelligence Agency**  
*TERMINATED: 02/15/2025*

represented by **Jean–David Barnea**  
U.S. Attorney's Office, SDNY (Chambers Street)  
86 Chambers Street  
New York, NY 10007  
(212) 637–2679  
Fax: (212) 637–2717  
Email: jean–david.barnea@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael R. Pompeo**  
*TERMINATED: 02/15/2025*

represented by **Jean–David Barnea**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Morales Guillen**

**Defendant**

**Undercover Global S.L.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2022 | 1 | COMPLAINT against Central Intelligence Agency, David Morales Guillen, Michael R. Pompeo, Undercover Global S.L.. (Filing Fee $ 402.00, Receipt Number ANYSDC–26544725)Document filed by John Goetz, Deborah Hrbek, Charles Glass, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/15/2022) |
| 08/15/2022 | 2 | CIVIL COVER SHEET filed..(Levenson, Brian) (Entered: 08/15/2022) |
| 08/15/2022 | 3 | **FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY – CIVIL COVER SHEET filed..(Levenson, Brian) Modified on 8/16/2022 (sj). (Entered: 08/15/2022)** |
| 08/16/2022 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Brian Seth Levenson. The party information for the following party/parties has been modified: Margaret Ratner Kunstler, Deborah Hrbek, John Goetz, Charles Glass, Central Intelligence Agency, Michael R. Pompeo, David Morales Guillen, Undercover Global S.L.. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly. (sj)** (Entered: 08/16/2022) |
| 08/16/2022 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Brian Seth Levenson. The following case opening statistical information was erroneously selected/entered: Jury Demand code n (None). The following correction(s) have been made to your case entry: the Jury Demand code has been modified to p (Plaintiff). (sj)** (Entered: 08/16/2022) |
| 08/16/2022 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 08/16/2022) |

| | | |
|---|---|---|
| 08/16/2022 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 08/16/2022) |
| 08/16/2022 | | Case Designated ECF. (sj) (Entered: 08/16/2022) |
| 08/16/2022 | | Minute Entry for proceedings held before Judge John G. Koeltl: Initial Conference set for 10/17/2022 at 02:30 PM before Judge John G. Koeltl. Dial–in: 888 363–4749, with access code 8140049. (Fletcher, Donnie) (Entered: 08/16/2022) |
| 08/22/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to CENTRAL INTELLIGENCE AGENCY, re: 1 Complaint,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/22/2022) |
| 08/22/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to MICHAEL R. POMPEO, re: 1 Complaint,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/22/2022) |
| 08/22/2022 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to DAVID MORALES GUILLEN, re: 1 Complaint,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/22/2022) |
| 08/22/2022 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to UNDERCOVER GLOBAL S.L., re: 1 Complaint,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/22/2022) |
| 08/23/2022 | 8 | ELECTRONIC SUMMONS ISSUED as to Central Intelligence Agency..(jgo) (Entered: 08/23/2022) |
| 08/23/2022 | 9 | ELECTRONIC SUMMONS ISSUED as to David Morales Guillen..(jgo) (Entered: 08/23/2022) |
| 08/23/2022 | 10 | ELECTRONIC SUMMONS ISSUED as to Michael R. Pompeo..(jgo) (Entered: 08/23/2022) |
| 08/23/2022 | 11 | ELECTRONIC SUMMONS ISSUED as to Undercover Global S.L...(jgo) (Entered: 08/23/2022) |
| 08/30/2022 | 12 | NOTICE OF APPEARANCE by Richard Alan Roth on behalf of Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 08/30/2022) |
| 10/12/2022 | 13 | FIRST LETTER MOTION to Adjourn Conference addressed to Judge John G. Koeltl from Richard A. Roth dated 10/12/2022. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 10/12/2022) |
| 10/13/2022 | 14 | ORDER granting 13 Letter Motion to Adjourn Conference. Adjourned to Tuesday, February 21, 2023, at 2:30 PM. SO ORDERED.. (Signed by Judge John G. Koeltl on 10/13/2022) Initial Conference set for 2/21/2023 at 02:30 PM before Judge John G. Koeltl. (ks) (Entered: 10/13/2022) |
| 10/18/2022 | 15 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Central Intelligence Agency served on 10/18/2022, answer due 11/9/2022. Service was made by Mail. Document filed by John Goetz; Deborah Hrbek; Charles Glass; Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 10/18/2022) |
| 10/18/2022 | 16 | AFFIDAVIT OF SERVICE of Summons served on Central Intelligence Agency on 10/11/2022. Service was accepted by Robert, authorized Staff Member, CIA Office of General Counsel. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 10/18/2022) |
| 11/02/2022 | 17 | AFFIDAVIT OF SERVICE of Summons & Complaint served on MICHAEL R. POMPEO on 10/28/2022. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 11/02/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 18 | CLERK CERTIFICATE OF MAILING of one copy of the Summons and Complaint along with Spanish translations, Civil Cover Sheet, Notice and Order of Initial Conference, Individuals Rules & Practices of Judge John G. Koeltl, and Certificate of Accuracy mailed to DEFENDANT David Morales, Calle Padre Ruiz Candil, Num. 28, Jerez de la Frontera, Spain, on 11/04/2022 by Federal Express tracking # 7701 6199 5450, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).(ehn) (Entered: 11/04/2022) |
| 11/04/2022 | 19 | CLERK CERTIFICATE OF MAILING of one copy of the Summons and Complaint along with Spanish translations, Civil Cover Sheet, Notice and Order of Initial Conference, Individuals Rules & Practices of Judge John G. Koeltl, and Certificate of Accuracy mailed to DEFENDANT UC Global, S. L., Calle Cerrajeria num. 5, Jerez de la Frontera, Spain on 11/4/2022 by Federal Express tracking # 7701 6191 9595, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).(amf) (Entered: 11/04/2022) |
| 11/29/2022 | 20 | LETTER from Fernando Garcia Perez, Lawyer for David Morales Guillen and Undercover Global S.L, dated 11/17/212 re: Therefore, it does not proceed to ask for any jury judgment since opinions, conjectures and fantasies cannot even have the legal quality of evidence. The petition must be dismissed with the imposition of judicial costs and damages to all plaintiffs for recklessness and bad faith. Document filed by David Morales Guillen, Undercover Global S.L. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(sc) (Entered: 11/29/2022) |
| 12/08/2022 | 21 | ORDER: The plaintiffs in this action have served all four of the defendants. See ECF Nos. 15–19. For two of those defendants, the Central Intelligence Agency ("CIA") and Michael R. Pompeo, the deadlines to answer were November 9, 2022, and November 18, 2022, respectively. To date, neither of those defendants has answered or otherwise responded to the complaint. The time for these two defendants to answer is extended to January 13, 2023. On November 29, 2022, the remaining defendants, David Morales Guillen and Undercover Global S.L., filed a submission in response to the complaint with the assistance of Mr. Fernando Garcia Perez, who signed the submission as counsel for these two defendants. See ECF No. 20 at 14. While the submission states that it was "[s]igned by Fernando Garcia Perez" "[i]n New York," it appears that Mr. Garcia Perez is licensed to practice law in Spain, and the Court cannot discern from the docket whether he is licensed to practice in the United States. Local Rule 1.3 provides that an attorney must be a member of good standing of a state or federal bar within the United States in order to be admitted to practice before this Court. See, e.g., S.D.N.Y. Local Civil Rule 1.3(c) (stating that a member of "the bar of any state or of any United States District Court may be permitted" to appear "pro hac vice"). Accordingly, defendants David Morales Guillen and Undercover Global S.L. should seek to obtain local counsel, who, once retained, should file a notice of appearance and, if necessary, an application for admission pro hac vice, on or before January 30, 2023. The Court notes that Mr. Guillen, as an individual defendant, may choose to proceed prose, but Undercover Global S.L., as a corporate entity, must appear by counsel. The Court also notes that if Mr. Garcia Perez is licensed to practice law in the United States, then he may file a notice of appearance on behalf of these defendants, and if necessary, an application for admission pro hac vice. It is also not clear whether the defendants' November 29, 2022 submission was intended to be an answer to the complaint, filed pursuant to Federal Rule of Civil Procedure 7(a), or a motion to dismiss, filed pursuant to Rule 12(b) (6). On the one hand, the submission contains paragraph−by−paragraph denials of the facts alleged in the plaintiffs' complaint, somewhat in the style of an answer. On the other hand, the submission presents arguments, refers to several exhibits, and asserts that the complaint "must be dismissed." ECF No. 20 at 14. Thus, Mr. Guillen and Undercover Global S.L. are directed to submit a letter to the Court indicating whether the November 29, 2022 submission was intended to serve as an answer to the complaint or a motion to dismiss. The letter should be submitted after local counsel for those defendants has appeared (or after local counsel for Undercover Global S.L. has appeared, should Mr. Guillen choose to proceed prose), but in either case no later than February 10, 2023. SO ORDERED. (Signed by Judge John G. Koeltl on 12/7/2022) Central Intelligence Agency answer due 1/13/2023; David Morales Guillen answer due 1/13/2023; Deborah Hrbek answer due 1/13/2023; Michael R. Pompeo answer due 1/13/2023; Undercover Global S.L. answer due 1/13/2023.( Motions due by 1/30/2023.) (ks) (Entered: 12/08/2022) |

| | | |
|---|---|---|
| 12/08/2022 | 22 | NOTICE OF APPEARANCE by Jean–David Barnea on behalf of Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean–David) (Entered: 12/08/2022) |
| 01/13/2023 | 23 | LETTER addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/13/23 re: Pre–Motion Conference. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean–David) (Entered: 01/13/2023) |
| 01/14/2023 | 24 | ORDER The parties are directed to appear by telephone on January 20, 2023 at 2:00 p.m. for a pre–motion conference regarding the defendant's anticipated motion to dismiss. Dial–in: 888–363–4749, with access code 8140049. SO ORDERED.(Telephone Conference set for 1/20/2023 at 02:00 PM before Judge John G. Koeltl.) (Signed by Judge John G. Koeltl on 1/13/2023) (jca) (Entered: 01/14/2023) |
| 01/18/2023 | 25 | LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 1/18/2023 re: Plaintiffs' Response to Defendants CIA and Michael R. Pompeo's Pre–Motion Letter. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 01/18/2023) |
| 01/20/2023 | 26 | ORDER: The plaintiffs may file an amended complaint by January 27, 2023. The time for the defendants to move or answer with respect to either the complaint or the amended complaint is February 17, 2023. The time for the plaintiffs to respond to any motion to dismiss is March 10, 2023. The time for the defendants to reply is March 17, 2023. If the defendants answer, the parties should submit a Rule 26(f) report by March 10, 2023. If the defendants move to dismiss, no further pre–motion conference is necessary. SO ORDERED. ( Amended Pleadings due by 1/27/2023., Motions due by 2/17/2023., Replies due by 3/17/2023., Responses due by 3/10/2023) (Signed by Judge John G. Koeltl on 1/20/2023) (tg) (Entered: 01/20/2023) |
| 01/20/2023 | | Minute Entry for proceedings held before Judge John G. Koeltl: Telephone Conference held on 1/20/2023. (Fletcher, Donnie) (Entered: 01/23/2023) |
| 01/27/2023 | 27 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Central Intelligence Agency, David Morales Guillen, Michael R. Pompeo, Undercover Global S.L. with JURY DEMAND.Document filed by John Goetz, Deborah Hrbek, Charles Glass, Margaret Ratner Kunstler. Related document: 1 Complaint,..(Roth, Richard) (Entered: 01/27/2023) |
| 02/16/2023 | 28 | LETTER MOTION for Extension of Time to File *Motion to Dismiss Amended Complaint* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 2/16/23. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean–David) (Entered: 02/16/2023) |
| 02/16/2023 | 29 | ORDER granting 28 Letter Motion for Extension of Time to File. All dates are adjourned for 30 days. APPLICATION GRANTED. SO ORDERED.. (Signed by Judge John G. Koeltl on 2/16/2023) (ks) (Entered: 02/16/2023) |
| 02/21/2023 | 30 | ORDER: Accordingly, on December 8, 2022, the Court directed those defendants to obtain local counsel and to ensure that such local counsel filed a notice of appearance and, if necessary, an application for admission pro hac vice on or before January 30, 2023. See ECF No. 21. The Court also directed those defendants to submit a letter, with local counsel's assistance, indicating whether the November 29, 2022 submission was intended as an answer to the complaint or a motion to dismiss. Id. That letter was due no later than February 10, 2023. To date, there has not been any appearance by local counsel for Mr. Guillen or for Undercover Global S.L., and the requested letter was never filed. The Court notes, as it did in its prior Order, that Mr. Guillen may proceed prose, but that Undercover Global S.L., as a corporate defendant, must appear by counsel. The time for Mr. Guillen and Undercover Global S.L. to retain local counsel is extended to March 21, 2023. Local counsel should file a notice of appearance and, if needed, an application for admission pro hac vice by that date. By April 7, 2023, local counsel for Mr. Guillen and for Undercover Global S.L. (or for only Undercover Global S.L., in the event Mr. Guillen chooses to proceed prose) should file a letter indicating whether the November 29, 2022 submission (ECF No. 20) was intended as an answer or as a motion to dismiss. If local counsel wishes to file a new responsive pleading or motion, local counsel may request an opportunity to do so in that letter. If Mr. Guillen chooses to proceed prose, he should file his own letter meeting the same requirements by the same deadline. The plaintiffs are directed to serve a copy of this Order and of the Court's December 8, 2022 Order (ECF No. 21) on |

| | | |
|---|---|---|
| | | both Mr. Guillen and Undercover Global S.L. and to file proof of such service on the docket by March 3, 2023. SO ORDERED. (Signed by Judge John G. Koeltl on 2/21/2023) (ks) (Entered: 02/21/2023) |
| 03/02/2023 | 31 | AFFIDAVIT OF SERVICE of Orders at ECF 21 and 30 served on David Morales Guillen, Undercover Global S.L. on 03/01/2023. Service was made by Fedex International Priority. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Levenson, Brian) (Entered: 03/02/2023) |
| 03/15/2023 | 32 | JOINT LETTER MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss* addressed to Judge John G. Koeltl from AUSA Jean−David Barnea dated 3/15/23., JOINT LETTER MOTION for Leave to File Excess Pages *in Motion to Dismiss Briefing* addressed to Judge John G. Koeltl from AUSA Jean−David Barnea dated 3/15/23. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean−David) (Entered: 03/15/2023) |
| 03/16/2023 | 33 | ORDER granting 32 Letter Motion for Extension of Time to File Response/Reply re 32 JOINT LETTER MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss* addressed to Judge John G. Koeltl from AUSA Jean−David Barnea dated 3/15/23.JOINT LETTER MOTION for Leave to File Excess Pages *in Motion to Dismiss Briefing* addressed to Judge John G. Koeltl from AUSA Jean−David Barnea dated 3/15/23. ( Responses due by 5/8/2023, Replies due by 5/30/2023.); granting 32 Letter Motion for Leave to File Excess Pages. APPLICATION GRANTED. SO ORDERED.. (Signed by Judge John G. Koeltl on 3/15/2023) (ks) (Entered: 03/16/2023) |
| 03/20/2023 | 34 | MOTION to Dismiss *Amended Complaint*. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean−David) (Entered: 03/20/2023) |
| 03/20/2023 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Dismiss *Amended Complaint*. . Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean−David) (Entered: 03/20/2023) |
| 05/04/2023 | 36 | LETTER MOTION for Extension of Time *to File Opposition to Motion to Dismiss* addressed to Judge John G. Koeltl from Richard A. Roth dated 5/4/2023. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 05/04/2023) |
| 05/05/2023 | 37 | ORDER granting 36 Letter Motion for Extension of Time. APPLICATION GRANTED SO ORDERED. (Signed by Judge John G. Koeltl on 5/5/2023) (jca) (Entered: 05/05/2023) |
| 06/06/2023 | 38 | MEMORANDUM OF LAW in Opposition re: 34 MOTION to Dismiss *Amended Complaint*. . Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 06/06/2023) |
| 06/21/2023 | 39 | ORDER, At this juncture, the plaintiffs may move by order to show cause for a default judgment against Undercover Global S.L., which, as this Court previously explained, is a corporate defendant that cannot proceed without counsel. The order to show cause must be filed by July 12, 2023. The plaintiffs should consult the Local Rules and this Court's Individual Practices. Because Mr. Guillen, an individual defendant, may proceed pro se, Mr. Guillen may appear pro se (or with local counsel, if retained) and file a new answer or response to the complaint by July 21, 2023. If Mr. Guillen fails to do so, the plaintiffs may move by order to show cause for a default judgment against Mr. Guillen by August 10, 2023. The plaintiffs are directed to serve a copy of this Order to Mr. Guillen and Undercover Global S.L. and to file proof of such service on the docket by June 30, 2023. SO ORDERED. (David Morales Guillen answer due 7/21/2023.) (Signed by Judge John G. Koeltl on 6/21/23) (yv) (Entered: 06/22/2023) |
| 06/27/2023 | 40 | AFFIDAVIT OF SERVICE of Order at ECF 39 served on David Morales Guillen, Undercover Global S.L. on 6/27/2023. Service was made by Fedex International Priority. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Levenson, Brian) (Entered: 06/27/2023) |

| Date | # | Description |
|---|---|---|
| 06/29/2023 | 41 | AFFIDAVIT of Brian Levenson *in Support of Plaintiffs' Application for the Entry of a Default Against Defendant Undercover Global, S.L.*. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Exhibit Clerk's Certificate of Default).(Levenson, Brian) (Entered: 06/29/2023) |
| 06/29/2023 | 42 | REPLY MEMORANDUM OF LAW in Support re: 34 MOTION to Dismiss *Amended Complaint*. . Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean−David) (Entered: 06/29/2023) |
| 06/30/2023 | 43 | ORDER: Defendants Central Intelligence Agency and Michael R. Pompeo are directed to submit courtesy copies of their fully briefed motion to dismiss. (ECF No. 34.) SO ORDERED. (Signed by Judge John G. Koeltl on 6/30/2023) (vfr) (Entered: 06/30/2023) |
| 07/12/2023 | 44 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Affidavit Brian Levenson).(Levenson, Brian) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 7/13/2023 (nd). (Entered: 07/12/2023) |
| 07/12/2023 | 45 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Affidavit Declaration of Brian Levenson, # 2 Supplement Memorandum of Law, # 3 Supplement Statement of Damages, # 4 Text of Proposed Order Default Judgment).(Roth, Richard) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 7/13/2023 (nd). (Entered: 07/12/2023) |
| 07/13/2023 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Attorney Brian Levenson. RE−FILE Document No. 44 Proposed Clerk's Certificate of Default,. The filing is deficient for the following reason(s): (a) the proposed clerk's certificate of default does not cite the service of the amended complaint; (b) supporting documents not filed separately. Re−file the document using the event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders − select the correct filer/filers − attach the correct PDF that − lists the correct filed date of the complaint, lists the correct name(s) of the party(ies)who was/were served, lists the correct date the party(ies) was/were served, lists the correct filed date of the proof of service, cites the service of the amended complaint. Re−file Affidavit in support (non−motion) found under Other Answers category events. See ECF rules 16.1 for guidance. (nd)** (Entered: 07/13/2023) |
| 07/13/2023 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Notice to attorney Richard Roth to RE−FILE Document No. 45 Proposed Order to Show Cause Without Emergency Relief,,. The filing is deficient for the following reason(s): Prematurely filed. Clerk's ; Certificate of Default not issued. Re−file all the documents separately after Clerk's Certificate of Default issued. (nd)** (Entered: 07/13/2023) |
| 07/13/2023 | 46 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 7/13/2023 (tp). (Entered: 07/13/2023) |
| 07/13/2023 | 47 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AFFIDAVIT of Brian Levenson in Support re: 46 Proposed Clerk's Certificate of Default,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) Modified on 7/13/2023 (tp). (Entered: 07/13/2023) |
| 07/13/2023 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Attorney Brian Levenson. RE−FILE Document No. 46 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proposed clerk's certificate of default does not cite the service of the amended complaint. Re−file the document using** |

| | | |
|---|---|---|
| | | the event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders – select the correct filer/filers – attach the correct PDF that – lists the correct filed date of the complaint, lists the correct name(s) of the party(ies)who was/were served, lists the correct date the party(ies) was/were served, lists the correct filed date of the proof of service, cites the service of the amended complaint. (tp) (Entered: 07/13/2023) |
| 07/13/2023 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Brian Levenson to RE–FILE Document 47 Affidavit in Support. ERROR(S): the document is linked to an deficient docket entry. (tp) (Entered: 07/13/2023) |
| 07/13/2023 | 48 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers). (Entered: 07/13/2023) |
| 07/13/2023 | 49 | AFFIDAVIT of Brian Levenson in Support re: 48 Proposed Clerk's Certificate of Default,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 07/13/2023) |
| 07/14/2023 | 50 | CLERK'S CERTIFICATE OF DEFAULT as to Undercover Global, S.L. (tp) (Entered: 07/14/2023) |
| 07/14/2023 | 51 | FILING ERROR – DEFICIENT DOCKET ENTRY – PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Affidavit Declaration of Brian Levenson, # 2 Supplement Memorandum of Law, # 3 Supplement Statement of Damages, # 4 Supplement Certificate of Default, # 5 Text of Proposed Order of Default Judgment).(Roth, Richard) Proposed Order to Show Cause to be reviewed by Clerk's Office staff. Modified on 7/14/2023 (tp). (Entered: 07/14/2023) |
| 07/14/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Notice to attorney Richard Roth to RE–FILE Document No. 51 Proposed Order to Show Cause Without Emergency Relief. The filing is deficient for the following reason(s): the documents were not filed separately. Re–file the document on it's own using the event type Proposed Order to Show Cause Without Emergency Relief found under the event list Proposed Orders – file the supporting documents separately – select the correct filer/filers – attach the correct signed (scanned signature image) and dated PDF. (tp) (Entered: 07/14/2023) |
| 07/14/2023 | 52 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) Proposed Order to Show Cause to be reviewed by Clerk's Office staff. (Entered: 07/14/2023) |
| 07/14/2023 | 53 | DECLARATION of Brian Levenson in Support re: 52 Proposed Order to Show Cause Without Emergency Relief,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Supplement Statement of Damages, # 2 Supplement Certificate of Default).(Roth, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 54 | MEMORANDUM OF LAW in Support re: 52 Proposed Order to Show Cause Without Emergency Relief, . Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 55 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) Proposed Default Judgment to be reviewed by Clerk's Office staff. (Entered: 07/14/2023) |
| 07/14/2023 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 52 Proposed Order to Show Cause Without Emergency Relief, was reviewed and approved as to form. (tp) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | | ***NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 55 Proposed Default Judgment, was reviewed and approved as to form. (tp)** (Entered: 07/14/2023) |
| 07/14/2023 | 56 | ORDER TO SHOW CAUSE: it is hereby:ORDERED, the defendant Undercover Global S.L. ("Defendant") shall respond inwriting to this Order to Show Cause for a default judgment by 7/28/23. If the Defendant fails to respond by that date, judgment may be entered against them and the defendant Undercover Global S.L. will have no trial. The plaintiff may reply by 8/4/23. The plaintiff shall serve a copy of this Order to Show Cause by 7/19/23 and shall file proof of service by 7/21/23. No personal appearances are required in connection with this Order to Show Cause. SO ORDERED (Signed by Judge John G. Koeltl on 7/14/2023) ( Replies due by 8/4/2023., Responses due by 7/28/2023) (ks) (Entered: 07/14/2023) |
| 07/20/2023 | 57 | AFFIDAVIT OF SERVICE of Order to Show Cause served on UNDERCOVER GLOBAL, S.L. on 7/19/2023. Service was made by Fedex International Priority. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 07/20/2023) |
| 07/21/2023 | 58 | LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 7/21/2023 re: Prior Orders Served on Defendants Undercover Global, S.L., and David Morales Guillen Returned by FedEx as Undelivered. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 07/21/2023) |
| 08/07/2023 | 59 | LETTER addressed to Judge John G. Koeltl from AUSA Jean−David Barnea dated 8−7−23 re: Supplemental Authority. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean−David) (Entered: 08/07/2023) |
| 08/09/2023 | 60 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/09/2023) |
| 08/09/2023 | 61 | AFFIDAVIT of Brian Levenson in Support re: 60 Proposed Clerk's Certificate of Default,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 08/09/2023) |
| 08/10/2023 | 62 | CLERK'S CERTIFICATE OF DEFAULT as to David Morales Guillen. (tp) (Entered: 08/10/2023) |
| 08/10/2023 | 63 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 08/10/2023) |
| 08/10/2023 | 64 | DECLARATION of Brian Levenson in Support re: 63 Proposed Order to Show Cause Without Emergency Relief,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Supplement Statement of Damages, # 2 Supplement Certificate of Default).(Roth, Richard) (Entered: 08/10/2023) |
| 08/10/2023 | 65 | MEMORANDUM OF LAW in Support re: 63 Proposed Order to Show Cause Without Emergency Relief, . Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 08/10/2023) |
| 08/10/2023 | 66 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/10/2023) |
| 08/10/2023 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 63 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (km)** (Entered: 08/10/2023) |
| 08/10/2023 | | ***NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 66 Proposed Default Judgment was reviewed and approved as to** |

| | | |
|---|---|---|
| | | **form. (km)** (Entered: 08/10/2023) |
| 08/11/2023 | 67 | ORDER TO SHOW CAUSE: ORDERED, the defendant David Morales Guillen ("Defendant") shall respond in writing to this Order to Show Cause for a default judgement by 9/1/2023. If the Defendant fails to respond by that date, judgment may be entered against Defendant and Defendant will have no trial. The plaintiff may reply by 9/8/2023. The plaintiff shall serve a copy of this Order to Show Cause by 8/17/2023 and shall file proof of service by 8/27/2023. Replies due by 9/8/2023. Show Cause Response due by 9/1/2023. (Signed by Judge John G. Koeltl on 8/11/2023) (rro) (Entered: 08/14/2023) |
| 08/17/2023 | 68 | AFFIDAVIT OF SERVICE of Order to Show Cause served on David Morales Guillen on 8/17/2023. Service was made by Fedex International Priority. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Levenson, Brian) (Entered: 08/17/2023) |
| 08/17/2023 | 69 | LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 8/17/2023 re: Order to Show Cause on Undercover Global S.L.'s default Returned by FedEx as Undelivered and Re–Sent to Attorney in Spain. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 08/17/2023) |
| 09/26/2023 | 70 | RESPONSE re: 59 Letter *of Recent Authority filed by Defendants CIA and Pompeo*. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Levenson, Brian) (Entered: 09/26/2023) |
| 10/30/2023 | 71 | ORDER: The parties are directed to appear for oral argument with respect to the motion to dismiss on November 16, 2023, at 2:30 p.m, in Courtroom 14A, 500 Pearl Street, New York, New York 10007. SO ORDERED. (Signed by Judge John G. Koeltl on 10/30/2023) ( Oral Argument set for 11/16/2023 at 02:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl.) (ks) (Entered: 10/30/2023) |
| 11/16/2023 | | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument held on 11/16/2023 re: 34 MOTION to Dismiss Amended Complaint. Filed by Michael R. Pompeo, Central Intelligence Agency. (Fletcher, Donnie) (Entered: 11/16/2023) |
| 11/16/2023 | 72 | ORDER: As discussed at the oral argument today, the plaintiffs are directed to submit a letter amending the allegations in the complaint regarding the search and seizure of the contents of the electronic devices by November 30, 2023. The Government may respond by December 8, 2023. The plaintiffs may reply by December 13, 2023. SO ORDERED. (Signed by Judge John G. Koeltl on 11/16/2023) (ks) (Entered: 11/16/2023) |
| 11/30/2023 | 73 | LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 11/30/2023 re: Letter Amending Allegations in First Amended Complaint With New Paragraph 36A. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Exhibit 1 – Nov. 16, 2023 Oral Argument Transcript).(Levenson, Brian) (Entered: 11/30/2023) |
| 12/09/2023 | 74 | LETTER addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 12–9–23 re: Amendment of Complaint. Document filed by Central Intelligence Agency, Michael R. Pompeo..(Barnea, Jean–David) (Entered: 12/09/2023) |
| 12/13/2023 | 75 | SUPPLEMENTAL LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 12/13/2023 re: Letter Amending Allegations in First Amended Complaint With New Paragraph 36A. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 12/13/2023) |
| 12/19/2023 | 76 | ORDER: The parties are directed to submit a Rule 26(f) report by January 16, 2024. SO ORDERED. (Signed by Judge John G. Koeltl on 12/19/2023) (ks) (Entered: 12/19/2023) |
| 12/19/2023 | 77 | MEMORANDUM OPINION AND ORDER re: 34 MOTION to Dismiss *Amended Complaint*. filed by Michael R. Pompeo, Central Intelligence Agency. The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendant's motion to dismiss the plaintiffs' amended complaint is granted in part |

| | | |
|---|---|---|
| | | and denied in part. The Clerk is directed to close ECF No. 34. SO ORDERED. (Signed by Judge John G. Koeltl on 12/19/2023) (ks) (Entered: 12/19/2023) |
| 01/12/2024 | 78 | LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24., LETTER MOTION for Extension of Time to File *Rule 26(f) Report* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 01/12/2024) |
| 01/17/2024 | 79 | LETTER RESPONSE in Opposition to Motion addressed to Judge John G. Koeltl from Richard A. Roth dated 1/17/2024 re: 78 LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24. LETTER MOTION for Extension of Time to File *Rule 26(f) Report* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24. . Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 01/17/2024) |
| 01/18/2024 | 80 | ORDER granting 78 Letter Motion for Extension of Time to Answer re 78 LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24. LETTER MOTION for Extension of Time to File *Rule 26(f) Report* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 1/12/24.. Central Intelligence Agency answer due 2/9/2024; granting 78 Letter Motion for Extension of Time to File. Time to answer the complaint extended to 2/9/24. Time to submit the Rule26(f) Report extended to 2/23/24. SO ORDERED.. (Signed by Judge John G. Koeltl on 1/18/2024) (ks) (Entered: 01/18/2024) |
| 02/08/2024 | 81 | LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 2/8/24., LETTER MOTION for Extension of Time to File *Rule 26(f) Report* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 2/8/24. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 02/08/2024) |
| 02/09/2024 | 82 | ORDER granting 81 Letter Motion for Extension of Time to Answer re 81 LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 2/8/24. LETTER MOTION for Extension of Time to File *Rule 26(f) Report* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 2/8/24. ; granting 81 Letter Motion for Extension of Time to File. APPLICATION GRANTED SO ORDERED. Central Intelligence Agency answer due 4/15/2024. (Signed by Judge John G. Koeltl on 2/9/2024) (jca) (Entered: 02/09/2024) |
| 02/09/2024 | | Set/Reset Deadlines: Motions due by 4/15/2024. (jca) (Entered: 02/09/2024) |
| 04/11/2024 | 83 | LETTER MOTION for Leave to File Classified Supplemental Memorandum of Law *Ex Parte and In Camera* addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 4–11–24., LETTER MOTION for Leave to File Excess Pages addressed to Judge John G. Koeltl from AUSA Jean–David Barnea dated 4–11–24. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 04/11/2024) |
| 04/12/2024 | 84 | ORDER granting 83 Letter Motion for Leave to File Document; granting 83 Letter Motion for Leave to File Excess Pages. Application granted. The word limit expansion is unopposed and the plaintiffs may have a similar word limit expansion. The application is file a memorandum ex parte, under seal because it contains classified information is granted without prejudice to any subsequent rulings of the Court after reviewing the ex parte submissions. SO ORDERED. (Signed by Judge John G. Koeltl on 4/12/2024) (ks) (Entered: 04/12/2024) |
| 04/15/2024 | 85 | MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 04/15/2024) |
| 04/15/2024 | 86 | MEMORANDUM OF LAW in Support re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*. . Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 04/15/2024) |

| | | |
|---|---|---|
| 04/15/2024 | 87 | DECLARATION of William J. Burns, Director of the Central Intelligence Agency in Support re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*.. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 04/15/2024) |
| 04/15/2024 | 88 | NOTICE of Lodging of Classified Submissions re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*.. Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 04/15/2024) |
| 04/18/2024 | 89 | JOINT LETTER MOTION for Extension of Time *To File Opposition and Reply Briefs in Connection With the CIA's Motion To Dismiss (Dkt. Nos. 85–88)* addressed to Judge John G. Koeltl from Richard A. Roth dated 4/18/2024. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 04/18/2024) |
| 04/19/2024 | 90 | ORDER granting 89 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 4/19/2024) (rro) (Entered: 04/19/2024) |
| 04/19/2024 | | Set/Reset Deadlines: Responses due by 5/24/2024 Replies due by 6/14/2024. (rro) (Entered: 04/19/2024) |
| 05/24/2024 | 91 | MEMORANDUM OF LAW in Opposition re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*. . Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. (Attachments: # 1 Affidavit Declaration of Niamh Quille, # 2 Exhibit 1 – Statement of Aitor Martinez, # 3 Exhibit 2 – Statement of Confidential Witness 1, # 4 Exhibit 3 – Statement of Confidential Witness 2, # 5 Exhibit 4 – Assange v. USA – Approved Judgment).(Roth, Richard) (Entered: 05/24/2024) |
| 06/14/2024 | 92 | REPLY MEMORANDUM OF LAW in Support re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*. . Document filed by Central Intelligence Agency..(Barnea, Jean–David) (Entered: 06/14/2024) |
| 06/17/2024 | 93 | ORDER: The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 85. (Signed by Judge John G. Koeltl on 6/17/2024) (rro) (Entered: 06/18/2024) |
| 02/15/2025 | 94 | MEMORANDUM OPINION AND ORDER re: 85 MOTION to Dismiss *Plaintiffs' Remaining Claim Based on the State Secrets Privilege and Statutory Privileges*. filed by Central Intelligence Agency. The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the foregoing reasons, the Government's motion to dismiss the plaintiffs' sole remaining claim against the CIA is granted. The Clerk is directed to close ECF No. 85. (Signed by Judge John G. Koeltl on 2/14/2025) (rro) (Entered: 02/18/2025) |
| 02/15/2025 | 95 | ORDER: In view of the Court's decision dismissing the remaining claim against the Central Intelligence Agency ("CIA"), neither Michael R. Pompeo nor the CIA remains a defendant in this case. The parties should address the effect of the Court's dismissal of the remaining claim against the CIA on the two defaulting defendants. Should this case be closed? Should final judgment be entered? The parties should consult and send a letter expressing their views by February 28, 2025. (Signed by Judge John G. Koeltl on 2/14/2025) (rro) (Entered: 02/18/2025) |
| 02/25/2025 | 96 | LETTER MOTION for Extension of Time to File *Letter Expressing Views on Effect of Dismissal of Claims Against the CIA (Dkt. No. 95)* addressed to Judge John G. Koeltl from Richard A. Roth dated 2/25/2025. Document filed by Margaret Ratner Kunstler, Deborah Hrbek, John Goetz, Charles Glass..(Roth, Richard) (Entered: 02/25/2025) |
| 02/25/2025 | 97 | ORDER granting 96 Letter Motion for Extension of Time to File. Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 2/25/2025) (ar) (Entered: 02/25/2025) |
| 03/14/2025 | 98 | LETTER MOTION for Extension of Time to File *Letter Expressing Views on Effect of Dismissal of Claims Against the CIA (Dkt. No. 95)* addressed to Judge John G. Koeltl from Richard A. Roth dated 3/14/2025. Document filed by Margaret Ratner Kunstler, |

| | | |
|---|---|---|
| | | Deborah Hrbek, John Goetz, Charles Glass..(Roth, Richard) (Entered: 03/14/2025) |
| 03/14/2025 | 99 | ORDER granting 98 Letter Motion for Extension of Time to File. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 3/14/2025) (ks) (Entered: 03/14/2025) |
| 03/21/2025 | 100 | JOINT LETTER addressed to Judge John G. Koeltl from Richard A. Roth dated 3/21/2025 re: Effect of the Court's Dismissal of the Claims Against the CIA and Pompeo (Dkt. Nos. 95). Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) (Entered: 03/21/2025) |
| 03/25/2025 | 101 | ORDER: Accordingly, the claim against the defaulting defendants is dismissed. Because all of the claims against all of the defendants have now been dismissed, the Clerk is directed to enter judgment dismissing the Amended Complaint with prejudice. The Clerk is also directed to close this case and to close all pending motions. SO ORDERED. (Signed by Judge John G. Koeltl on 3/24/2025) (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/25/2025) |
| 03/26/2025 | 102 | CLERK'S JUDGMENT re: 101 Order. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated March 25, 2025, the claim against the defaulting defendants is dismissed. Because all of the claims against all of the defendants have now been dismissed, Judgment is entered dismissing the Amended Complaint with prejudice. Accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/26/2025) (Attachments: # 1 Appeal Package) (tp) (Entered: 03/26/2025) |
| 04/15/2025 | 103 | NOTICE OF APPEAL from 94 Memorandum & Opinion,,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler. Filing fee $ 605.00, receipt number ANYSDC–30935361. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Roth, Richard) (Entered: 04/15/2025) |
| 04/15/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 103 Notice of Appeal. (tp) (Entered: 04/15/2025) |
| 04/15/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 103 Notice of Appeal, filed by Deborah Hrbek, Charles Glass, John Goetz, Margaret Ratner Kunstler were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/15/2025) |
| 04/16/2025 | 104 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – AMENDED NOTICE OF APPEAL re: 103 Notice of Appeal,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) Modified on 4/16/2025 (nd). (Entered: 04/16/2025) |
| 04/16/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Richard Roth to RE–FILE Document No. 104 Amended Notice of Appeal,.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Amended Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 04/16/2025) |
| 04/16/2025 | 105 | AMENDED NOTICE OF APPEAL re: 103 Notice of Appeal, 102 Clerk's Judgment,, 94 Memorandum & Opinion,, 77 Memorandum & Opinion,,. Document filed by Charles Glass, John Goetz, Deborah Hrbek, Margaret Ratner Kunstler..(Roth, Richard) Modified on 4/16/2025 (nd). (Entered: 04/16/2025) |
| 04/16/2025 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 105 Amended Notice of Appeal,..(nd) (Entered: 04/16/2025) |
| 04/16/2025 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 105 Amended Notice of Appeal, filed by Deborah Hrbek, Charles Glass, John Goetz, Margaret Ratner Kunstler were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/16/2025) |